**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **CHRISTINE SHERBERT** | : | CHAPTER 7 |
| Debtor | : | |
| | : | No.  26-10644(amc) |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

**TO THE CLERK:**

Kindly enter my appearance in the above for John Rossi, and direct all notices intended for my client to me at the address appearing below.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:**  /s/ *William J. Levant, Esquire*
**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for John Rossi


Date: February 27, 2026

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **CHRISTINE SHERBERT** : | CHAPTER 7 | |
| Debtor : | | |
| : | No. | 26-10644(amc) |

## CERTIFICATE OF SERVICE

I hereby certify that I sent a copy of the foregoing Entry of Appearance and Request for Service of Notices to each of the persons named below, by First Class Mail (unless otherwise stated) on February 27, 2026:

| | |
|---|---|
| Office of the U.S. Trustee | (via ECF) |
| Christine Sherbert<br>431 Fort Washington Avenue<br>Fort Washington, PA 19034 | (via first class mail) |
| Robert W. Seitzer, Esquire<br>*Chapter 7 Trustee* | (via ECF) |
| Michael Cibik, Esquire | (via ECF) |

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:** /s/ *William J. Levant, Esquire*
**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for John Rossi