Certificate Number: 16339-PAE-DE-040702961

Bankruptcy Case Number: 26-10644



16339-PAE-DE-040702961

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2026, at 11:37 o'clock AM EST, Christine Sherbert completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 7, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor