# In the United States Bankruptcy Court
# for the Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10644-AMC |
| Christine Sherbert, | Chapter 7 |
| Debtor. | |

### Debtor's Motion to Avoid Lien with John A. Rossi III

Debtor Christine Sherbert, by and through her attorney, hereby asks this court to enter an order avoiding the lien of John A. Rossi III. In support of this motion, Ms. Sherbert states as follows:

1.     Ms. Sherbert filed this bankruptcy case under chapter 7 on February 18, 2026.

2.     The interim trustee in this case is Robert W. Seitzer.

3.     Ms. Sherbert owns interest in real property located at 431 Fort Washington Avenue, Fort Washington, PA 19034.

4.     On June 17, 2025, Mr. Rossi obtained a judgment against Ms. Sherbert in the amount of $965,912.31, docketed as 2024-17325 in the Montgomery County Court of Common Pleas. With interest, the balance of the lien was believed to be $999,999.00 at the time the instant case was filed. This judgment constitutes a lien on Ms. Sherbert's real property described above.

5.     A debtor may avoid a judicial lien if it impairs an exemption to which the debtor is entitled. 11 U.S.C. §522(f)(1).

6.     Avoidance of this lien is calculated as follows:

    a.  Amount of this lien ....................................................................$999,999.00
    b.  Amount of all unavoidable liens...................................................$426,183.00
    c.  Value of claimed exemptions .......................................................$15,775.00
    d.  Total of lines (a), (b), and (c)....................................................$1,441,957.00
    e.  Value of debtor's property interest............................................... $324,000.00
    f.  Line (d) less line (e) ................................................................. $1,117,957.00

7.     The full lien is avoidable in the amount of $999,999.00 because the amount in line 6(f) is greater than the amount in line 6(a).

NOW, THEREFORE, Ms. Sherbert asks this Court to enter an order avoiding the lien of John A. Rossi III and granting such other relief as may be necessary and proper under the law. A proposed form of order is attached.

Date: March 24, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com