# In the United States Bankruptcy Court
# for the Eastern District of Pennsylvania

In re:

    Christine Sherbert,

         Debtor.

Case No. 26-10644-AMC

Chapter 7

### Order Granting Debtor's Motion to Avoid Lien
### with John A. Rossi III

    **AND NOW**, upon consideration of the Debtor's Motion to Avoid Lien with John A. Rossi III, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The judicial lien held by John A. Rossi III docketed as 2024-17325 in the Montgomery County Court of Common Pleas is **AVOIDED** in the amount of $999,999.00 upon discharge.

Date:

          Honorable Ashely M. Chan
          Chief U.S. Bankruptcy Judge