**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **CHRISTINE SHERBERT** | : | **BANKRUPTCY NO. 26-10644 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

**NOTICE OF CHANGE FROM NO ASSET TO ASSET
AND REQUEST TO THE CLERK TO FIX BAR DATE
<u>TO FILE CLAIMS AGAINST THE ESTATE</u>**

TO FREDERIC J. BAKER, ASSISTANT UNITED STATES TRUSTEE, Robert W. Seitzer, the Trustee in the above-captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case.  The Trustee also requests the Clerk to fix a bar date to file claims against the estate.


Dated: March 31, 2026                    /s/ Robert W. Seitzer
                                         Robert W. Seitzer
                                         Chapter 7 Trustee