United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Christine Sherbert

     Debtor

Case No. 26-10644-amc

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Apr 01, 2026      Form ID: 139      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Christine Sherbert, 431 Fort Washington Avenue, Fort Washington, PA 19034-1543 |
| cr | + | John Rossi, 701 West Valley Forge Road, King of Prussia, PA 19406-1572 |
| 15105172 | | Alpha Funding, Attn: Bankruptcy, 218 Broad St, Red Bank, NJ 07701-2002 |
| 15105180 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15105187 | | Earl Sheeley, 552 Arch St, Royersford, PA 19468-2531 |
| 15105188 | | Entrust Cama FBO Edward Turner IRA, 122 E Butler Ave Ste 100, Ambler, PA 19002-4416 |
| 15105191 | | Glenn Jackson, IRA services in custodian FBO Glen Jacks, Po Box 7080, San Carlos, CA 94070-7080 |
| 15105193 | | John Rossi, Attn: Bankruptcy, 701 W Valley Forge Rd, Kng of Prussa, PA 19406-1572 |
| 15109605 | + | John Rossi, c/o William J. Levant, Esquire, Kaplin Stewart Meloff Reiter & Stein, P., 910 Harvest Drive, P.O. Box 3037 Blue Bell, PA 19422-0765 |
| 15105194 | + | Karen Mastrocola, 250 Cedar Place, Wayne, PA 19087-2170 |
| 15105196 | + | Mastrocola Trucking, 260 Cedar Pl, Wayne, PA 19087-2170 |
| 15105198 | | Roman Manolachi, 324 Quail Dr N, Phoenixville, PA 19460-1073 |
| 15105205 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2026 01:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 02 2026 04:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 02 2026 04:55:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15105866 | + | EDI: AISACG.COM | Apr 02 2026 04:55:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15106138 | + | EDI: AISACG.COM | Apr 02 2026 04:55:00 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15105171 | | EDI: GMACFS.COM | Apr 02 2026 04:55:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15105173 | + | Email/PDF: bncnotices@becket-lee.com | Apr 02 2026 01:04:59 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15105174 | | EDI: TSYS2 | Apr 02 2026 04:55:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15105175 | | EDI: CAPITALONE.COM | Apr 02 2026 04:55:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

| 15105176 | + | EDI: CAPITALONE.COM | Apr 02 2026 04:55:00 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15105177 | + | EDI: PHINGENESIS | Apr 02 2026 04:55:00 | Cb/Cci Pl Cc, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15105178 | | EDI: JPMORGANCHASE | Apr 02 2026 04:55:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15105179 | + | EDI: CITICORP | Apr 02 2026 04:55:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15105181 | + | EDI: WFNNB.COM | Apr 02 2026 04:55:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15105182 | + | EDI: WFNNB.COM | Apr 02 2026 04:55:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15105184 | + | EDI: WFNNB.COM | Apr 02 2026 04:55:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15105183 | + | EDI: WFNNB.COM | Apr 02 2026 04:55:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15105185 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 02 2026 01:04:49 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15105186 | | EDI: DISCOVER | Apr 02 2026 04:55:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15105195 | | EDI: CITICORP | Apr 02 2026 04:55:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15105189 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 02 2026 01:00:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15105190 | + | EDI: AMINFOFP.COM | Apr 02 2026 04:55:00 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15105192 | | EDI: IRS.COM | Apr 02 2026 04:55:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15105197 | | EDI: PENNDEPTREV | Apr 02 2026 04:55:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15105199 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 02 2026 01:00:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15105201 | + | EDI: SYNC | Apr 02 2026 04:55:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15105202 | + | EDI: SYNC | Apr 02 2026 04:55:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15105200 | | EDI: SYNC | Apr 02 2026 04:55:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15105203 | | EDI: SYNC | Apr 02 2026 04:55:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15105204 | ^ | MEBN | Apr 02 2026 00:55:24 | Systems and Services Technologies, Inc, Attn: Bankruptcy, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 15105206 | + | EDI: WFHOME | Apr 02 2026 04:55:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 15105207 | + | EDI: WFCCSBK | Apr 02 2026 04:55:00 | Wells Fargo/Dillards, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 32

District/off: 0313-2                               User: admin                                    Page 3 of 3
Date Rcvd: Apr 01, 2026                    Form ID: 139                              Total Noticed: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Christine Sherbert help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor John Rossi efile.wjl@kaplaw.com  wlevant@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  Christine Sherbert
431 Fort Washington Avenue
Fort Washington, PA 19034

Debtor(s)                                                         Case No: 26−10644−amc

                                                                  Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−5945

_____

### *NOTICE OF NEED TO FILE PROOF OF CLAIM*
### *DUE TO RECOVERY OF ASSETS*

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 7/6/26

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Mohung Wong
Clerk of Court

**Date:** April 1, 2026

18
Form 139