# In the United States Bankruptcy Court
# for the Eastern District of Pennsylvania

In re:

    Christine Sherbert,

          Debtor.

Case No. 26-10644-AMC

Chapter 7

## CERTIFICATION OF NO ANSWER, OBJECTION, OR OTHER RESPONSIVE PLEADING

1.  That Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the Motion to Avoid Lien was served to all interested parties via CM/ECF or First Class Mail.

2.  That as of the date hereof, no answer, objection, or request for a hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

Date: April 29, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ *Michael A. Cibik*
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com