# In the United States Bankruptcy Court
# for the Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10644-AMC |
|     Christine Sherbert, | Chapter 7 |
|         Debtor. | |

**Certificate of Service**

I, Michael A. Cibik, certify that on April 29, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of No Answer, Objection, or Other Responsive Pleading

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing list exhibit.

Date: April 29, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Robert W. Seitzer**
1900 Spruce Street
Philadelphia, PA 19103
Method of Service: CM/ECF

**John A. Rossi III**
c/o William J. Levant, Esquire
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Method of Service: CM/ECF