United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-10644-amc

Christine Sherbert                                                              Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Sherbert, 431 Fort Washington Avenue, Fort Washington, PA 19034-1543 |
| cr | + | John Rossi, 701 West Valley Forge Road, King of Prussia, PA 19406-1572 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                         Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Christine Sherbert help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor John Rossi efile.wjl@kaplaw.com  wlevant@gmail.com |

District/off: 0313-2                          User: admin                                      Page 2 of 2
Date Rcvd: Apr 30, 2026                       Form ID: pdf900                                 Total Noticed: 2
TOTAL: 5

# In the United States Bankruptcy Court
# for the Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10644-AMC |
| Christine Sherbert, | Chapter 7 |
| Debtor. | |

### Order Granting Debtor's Motion to Avoid Lien
### with John A. Rossi III

**AND NOW**, upon consideration of the Debtor's Motion to Avoid Lien with John A. Rossi III, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The judicial lien held by John A. Rossi III docketed as 2024-17325 in the Montgomery County Court of Common Pleas is **AVOIDED** in the amount of $999,999.00 upon discharge.

Date:  April 30, 2026

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge