United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Christine Sherbert

    Debtor

Case No. 26-10644-amc

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2026 | Form ID: 318 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Sherbert, 431 Fort Washington Avenue, Fort Washington, PA 19034-1543 |
| 15127486 | + | 1835 MARKET STREET, Suite 1400, Philadelphia, PA 19103-2945 |
| 15105172 | | Alpha Funding, Attn: Bankruptcy, 218 Broad St, Red Bank, NJ 07701-2002 |
| 15132492 | + | Benjamin Estepani, 1722 E. Passyunk Ave, Philadelphia, PA 19148-1518 |
| 15105180 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15105187 | | Earl Sheeley, 552 Arch St, Royersford, PA 19468-2531 |
| 15105188 | | Entrust Cama FBO Edward Turner IRA, 122 E Butler Ave Ste 100, Ambler, PA 19002-4416 |
| 15105191 | | Glenn Jackson, IRA services in custodian FBO Glen Jacks, Po Box 7080, San Carlos, CA 94070-7080 |
| 15126277 | + | John Rossi, 701 W. Valley Forge Road, King of Prussia, PA 19406-1572 |
| 15105193 | | John Rossi, Attn: Bankruptcy, 701 W Valley Forge Rd, Kng of Prussa, PA 19406-1572 |
| 15105194 | + | Karen Mastrocola, 250 Cedar Place, Wayne, PA 19087-2170 |
| 15127487 | + | Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Suite 1400, Attn: Christopher J. Leavell, Philadelphia, PA 19103-2945 |
| 15146666 | + | Law Offices of Sheryl R. Rentz, PC, 615 Old Lancaster Road, Bryn Mawr, PA 19010-3409 |
| 15105196 | + | Mastrocola Trucking, 260 Cedar Pl, Wayne, PA 19087-2170 |
| 15105198 | | Roman Manolachi, 324 Quail Dr N, Phoenixville, PA 19460-1073 |
| 15105205 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 28 2026 05:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15105171 | | EDI: GMACFS.COM | May 28 2026 05:01:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15105173 | + | Email/PDF: bncnotices@becket-lee.com | May 28 2026 01:12:42 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15105174 | | EDI: TSYS2 | May 28 2026 05:01:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15105175 | | EDI: CAPITALONE.COM | May 28 2026 05:01:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15128622 | + | EDI: AIS.COM | May 28 2026 05:01:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15105176 | + | EDI: CAPITALONE.COM | May 28 2026 05:01:00 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15105177 | + | EDI: PHINGENESIS | May 28 2026 05:01:00 | Cb/Cci Pl Cc, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: May 27, 2026 | Form ID: 318 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| 15105178 | | EDI: JPMORGANCHASE | |
| | | May 28 2026 05:01:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15105179 | + | EDI: CITICORP | |
| | | May 28 2026 05:01:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15126731 | | EDI: CITICORP | |
| | | May 28 2026 05:01:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15105181 | + | EDI: WFNNB.COM | |
| | | May 28 2026 05:01:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15105182 | + | EDI: WFNNB.COM | |
| | | May 28 2026 05:01:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15105184 | + | EDI: WFNNB.COM | |
| | | May 28 2026 05:01:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15105183 | + | EDI: WFNNB.COM | |
| | | May 28 2026 05:01:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15105185 | | Email/PDF: creditonebknotifications@resurgent.com | |
| | | May 28 2026 01:12:43 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15105186 | | EDI: DISCOVER | |
| | | May 28 2026 05:01:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15105195 | | EDI: CITICORP | |
| | | May 28 2026 05:01:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15105189 | | Email/Text: collecadminbankruptcy@fnni.com | |
| | | May 28 2026 01:01:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15105190 | + | EDI: AMINFOFP.COM | |
| | | May 28 2026 05:01:00 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15105192 | | EDI: IRS.COM | |
| | | May 28 2026 05:01:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15135883 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | |
| | | May 28 2026 01:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15105197 | | EDI: PENNDEPTREV | |
| | | May 28 2026 05:01:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15143635 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 28 2026 01:12:55 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15105199 | + | Email/Text: mtgbk@shellpointmtg.com | |
| | | May 28 2026 01:01:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15105201 | + | EDI: SYNC | |
| | | May 28 2026 05:01:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15105202 | + | EDI: SYNC | |
| | | May 28 2026 05:01:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15105200 | | EDI: SYNC | |
| | | May 28 2026 05:01:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15105203 | | EDI: SYNC | |
| | | May 28 2026 05:01:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15105204 | ^ | MEBN | |
| | | May 28 2026 00:56:36 | Systems and Services Technologies, Inc, Attn: Bankruptcy, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 15146091 | | Email/Text: bncmail@w-legal.com | |
| | | May 28 2026 01:01:00 | TD BANK USA N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2026 | Form ID: 318 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 15146092 | Email/Text: bncmail@w-legal.com | | | |
| | | May 28 2026 01:01:00 | TD BANK USA N.A., c/o Weinstein & Riley, P.S., P.O. Box 93024, Las Vegas, NV 89193-3024 |
| 15105206 | + EDI: WFHOME | | | |
| | | May 28 2026 05:01:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 15105207 | + EDI: WFCCSBK | | | |
| | | May 28 2026 05:01:00 | Wells Fargo/Dillards, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15135889 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15135890 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15135891 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Christine Sherbert help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor John Rossi efile.wjl@kaplaw.com  wlevant@gmail.com |

TOTAL: 5

**Information to identify the case:**

Debtor 1    Christine Sherbert

First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court    Eastern District of Pennsylvania

Case number:    26–10644–amc

Social Security number or ITIN    xxx–xx–5945

EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christine Sherbert

5/26/26

**By the court:**   Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318      **Order of Discharge**      page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318        **Order of Discharge**        page 2