**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTINE SHERBERT | ) | 26-10644-amc |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

PLEASE TAKE NOTICE THAT Klehr Harrison Harvey Branzburg LLP, by and through its undersigned attorney, hereby withdraws the following proof of claim:

(a) Claim No. 6, filed on April 9, 2026, against Debtor Christine Sherbert in Case No. 26-10644 inadvertently filed in the name of 1835 Market Street.

**KLEHR HARRISON HARVEY BRANZBURG LLP**

Dated: July 17, 2026

By: */s/ Christpher J. Leavell*
Christopher J. Leavell, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2700
Email: cleavell@klehr.com

20206002.v1

## CERTIFICATE OF SERVICE

I, Christopher J. Leavell hereby certify that July 17, 2026, I caused the foregoing *Notice of Withdrawal of Proof of Claim* to be electronically served on all ECF participants registered in this case on the date of filing through the Court's ECF system.

*/s/ Christopher J. Leavell*
Christopher J. Leavell

20206002.v1