**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

In re: Christine Sherbert § Case No. 26-10644
§
§
§
Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/18/2026. The undersigned trustee was appointed on 02/19/2026.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 100,326.32

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 91.48 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 9,342.37 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 90,892.47 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/06/2026 and the deadline for filing governmental claims was 08/17/2026. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,799.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,799.20, for a total compensation of $7,799.20[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $10.10 for total expenses of $10.10[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/19/2026

By: /s/ Robert Seitzer
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

# Individual Estate Property Record and Report

# Asset Cases



**Case No.:** 26-10644
**Case Name:** Christine Sherbert
**For Period Ending:** 08/19/2026

**Trustee Name:** (580270) Robert Seitzer
**Date Filed (f) or Converted (c):** 02/18/2026 (f)
**§ 341(a) Meeting Date:** 03/23/2026
**Claims Bar Date:** 07/06/2026

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 431 Fort Washington Avenue, Fort Washington, PA 19034, Montgomery County<br>amount amended per dkt 12 | 324,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2021 Lincoln Corsair, 33000 miles | 18,510.00 | 0.00 | | 0.00 | FA |
| 3 | Various used pieces of furniture, furnishings, appliances, linens, and other household goods, each valued at $600 or less. | 800.00 | 0.00 | | 0.00 | FA |
| 4 | Various used televisions, mobile devices, and computers, each value at $600 or less. | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Various used articles of clothing, shoes, and accessories, each valued at $600 or less. | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Various used pieces of jewelry. | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account: Navy Federal Credit Union | 1,535.32 | 0.00 | | 0.00 | FA |
| 8 | Checking account: WSFS Bank (frozen, garnished) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Savings account: Navy Federal Credit Union | 88.56 | 0.00 | | 0.00 | FA |
| 10 | Robinhood | 65.00 | 0.00 | | 0.00 | FA |
| 11 | 58th & Willow Lenders, LLC (No longer operating as of 12/25/2025): Real Property: 1445-47 S. 58th St. Philadelphia, PA 19143 FMV: $14,220.00 (Zillow $15,800.00 less 10% closing costs) Loans Secured by the Real Property: Todd Mastrocola - $150,000.00, 50.00% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 12 | ARIO Enterprises, LLC (No longer operating as of 12/25/2025): Real Property: 1009 Dekalb St, Norristown, PA 19401 FMV: $360,000.00 ($400,000.00 less 10% closing costs) Loans Secured By Real Property: Mastrocola Trucking - $340,000.00 - Personally guaranteed, 100.00% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 13 | ECBDTC, LLC (operating at a loss) WSFS Business Checking - $1,859.52, 100.00% ownership | 1,859.52 | 0.00 | | 0.00 | FA |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases



**Case No.:** 26-10644
**Case Name:** Christine Sherbert
**For Period Ending:** 08/19/2026

**Trustee Name:** (580270) Robert Seitzer
**Date Filed (f) or Converted (c):** 02/18/2026 (f)
**§ 341(a) Meeting Date:** 03/23/2026
**Claims Bar Date:** 07/06/2026

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | NTW100, LLC (No longer operating as of 12/25/2025): Real Property: 100 E Jacoby Street, Norristown, PA FMV: $180,360.00 (Zillow $200,400.00 less 10% closing costs) Loans Secured By Real Property: CamaPlan Adminstrator FBO Aggie Weiss Roth IRA -, 50.00% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Oscar Enterprises, LLC (No longer operating as of 9/1/2025) No Assets Value of Business Interest: $0.00, 50.00% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Turner 61X, LLC (no longer operating as of 9/1/2025): 2319 Turner St., Philadelphia, PA 19143 FMV: $60,120.00 (Redfin $66,800.00 less 10% closing costs) 2323 Turner St, Philadelphia, PA 19143 FMV: $144,450.00 (Homes.com $160,500.00 less 10% closing costs) 2337 Turner St, Philadelphia, PA 19143, 50.00% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 401(k) or similar plan: Camaplan | 6,298.45 | 0.00 | | 0.00 | FA |
| 18 | Distribution of 1/3 of surplus from father's estate's budget for estate taxes - $4,584.23; Eventual distribution of 1/3 of net sale proceeds from father's estate's eventual sale of father's former home - $100,000.00<br>amount added per scheduled dkt 21<br>exemption for sale of home - $9,342.37 | 104,584.23 | 86,073.40 | | 100,326.32 | FA |
| **18** | **Assets Totals (Excluding unknown values)** | **$458,891.08** | **$86,073.40** | | **$100,326.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

The only asset of this bankruptcy case is an inheritance from the Estate of Edward R. Griffith, Sr.
The Trustee was advised on June 29, 2026 that a distribution in the amount of approximately $100,000 will be provided to him in July of 2026.

**Initial Projected Date Of Final Report (TFR):** 09/30/2026 **Current Projected Date Of Final Report (TFR):** 08/19/2026 (Actual)

# Form 2

**Exhibit B**



# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 26-10644 | **Trustee Name:** | Robert Seitzer (580270) |
| **Case Name:** | Christine Sherbert | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***1127 | **Account #:** | ******2127 Checking |
| **For Period Ending:** | 08/19/2026 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/12/26 | {18} | Estate of Edward R. Griffith Sr. | Inheritance from Estate of Edward R. Griffith, Sr. | 1129-000 | 100,326.32 | | 100,326.32 |
| 07/14/26 | 101 | Christine Sherbert | Exemption claimed in father's estate's inheritance | 8100-002 | | 9,342.37 | 90,983.95 |
| 07/31/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 91.48 | 90,892.47 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **100,326.32** | **9,433.85** | **$90,892.47** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **100,326.32** | **9,433.85** | |
| Less: Payments to Debtors | | 9,342.37 | |
| **NET Receipts / Disbursements** | **$100,326.32** | **$91.48** | |

# Form 2

Exhibit B


## Cash Receipts And Disbursements Record

**Case No.:** 26-10644
**Case Name:** Christine Sherbert
**Taxpayer ID #:** **-***1127
**For Period Ending:** 08/19/2026

**Trustee Name:** Robert Seitzer (580270)
**Bank Name:** TriState Capital Bank
**Account #:** ******2127 Checking
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| | |
|---|---|
| Net Receipts: | $100,326.32 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $9,342.37 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $90,983.95 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2127 Checking | $100,326.32 | $91.48 | $90,892.47 |
| | **$100,326.32** | **$91.48** | **$90,892.47** |

Printed: 08/19/2026 11:46 AM



# Exhibit C

# Claims Register

**Case: 26-10644 Christine Sherbert**

**Claims Bar Date:** 7/6/26 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Robert Seitzer<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>08/17/26 | | $ 7,799.20 | $0.00 | $7,799.20 |
| TE | Robert Seitzer<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>08/19/26 | | $ 10.10 | $0.00 | $10.10 |
| 1 | John Rossi<br>701 W. Valley Forge Road<br>King of Prussia, PA 19406<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/07/26 | valid | $ 1,005,045.84 | $0.00 | $1,005,045.84 |
| 2 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/08/26 | 0214<br>valid | $ 304.37 | $0.00 | $304.37 |
| 3 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/08/26 | 5878<br>valid | $ 10,121.07 | $0.00 | $10,121.07 |

Printed: 08/19/2026 11:46 AM



## Exhibit C

## Claims Register

**Case: 26-10644 Christine Sherbert**

**Claims Bar Date:** 7/6/26 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/08/26 | 2356<br>valid | $ 10,143.25 | $0.00 | $10,143.25 |
| 5 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/08/26 | 1558 | $ 383.74 | $0.00 | $383.74 |
| 6 | 1835 MARKET STREET<br>Suite 1400<br>Philadelphia, PA 19103<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/09/26 | claim withdrawn dkt 30 | $ 0.00 | $0.00 | $0.00 |
| 7 | Klehr Harrison Harvey Branzburg, LLP<br>1835 Market Street, Suite 1400<br>Attn: Christopher J. Leavell<br>Philadelphia, PA 19103<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/09/26 | valid | $ 13,231.54 | $0.00 | $13,231.54 |
| 8 | Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/14/26 | 6483<br>valid | $ 3,330.05 | $0.00 | $3,330.05 |

# Exhibit C

## Claims Register

**Case: 26-10644 Christine Sherbert**

**Claims Bar Date:** 7/6/26 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Benjamin Estepani<br>1722 E. Passyunk Ave<br>Philadelphia, PA 19148<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/22/26 | valid | $ 19,966.89 | $0.00 | $19,966.89 |
| 10 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC, P.O. Box 9013<br>Addison, TX 75001<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/28/26 | 1342<br>valid | $ 986.57 | $0.00 | $986.57 |
| 11 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC, P.O. Box 9013<br>Addison, TX 75001<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/28/26 | 9654<br>valid | $ 714.35 | $0.00 | $714.35 |
| 12 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC, P.O. Box 9013<br>Addison, TX 75001<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/28/26 | 2450<br>valid | $ 702.84 | $0.00 | $702.84 |

Printed: 08/19/2026 11:46 AM



# Exhibit C

## Claims Register

**Case: 26-10644 Christine Sherbert**

**Claims Bar Date:** 7/6/26 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC, P.O. Box 9013<br>Addison, TX 75001<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>04/28/26 | 2575<br>valid | $ 4,713.14 | $0.00 | $4,713.14 |
| 14 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>05/15/26 | 2982<br>valid | $ 4,247.80 | $0.00 | $4,247.80 |
| 15 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>05/15/26 | 1910<br>valid | $ 843.76 | $0.00 | $843.76 |
| 16 | Law Offices of Sheryl R. Rentz, PC<br>615 Old Lancaster Road<br>Bryn Mawr, PA 19010<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>05/22/26 | valid | $ 6,226.25 | $0.00 | $6,226.25 |

# Exhibit C

## Claims Register

**Case: 26-10644 Christine Sherbert**

**Claims Bar Date:** 7/6/26 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>05/27/26 | 1003<br>valid | $ 199.34 | $0.00 | $199.34 |
| 18 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>05/27/26 | 2008<br>valid | $ 267.74 | $0.00 | $267.74 |
| 19 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>05/27/26 | 1007<br>valid | $ 8,121.97 | $0.00 | $8,121.97 |
| 20S | Karen Mastrocola<br>492 Church Street<br>King of Prussia, PA 19406<br><4210-00 Personal Property & Intangibles - Consensual Liens>, 100 | Secured<br>06/22/26 | 5945<br>asset not administered | $ 0.00 | $0.00 | $0.00 |
| 20U | Karen Mastrocola<br>492 Church Street<br>King of Prussia, PA 19406<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>06/22/26 | valid | $ 30,000.00 | $0.00 | $30,000.00 |

## Exhibit C

## Claims Register

**Case: 26-10644 Christine Sherbert**

**Claims Bar Date:** 7/6/26 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>06/25/26 | 3671<br>valid | $ 538.95 | $0.00 | $538.95 |
| 22 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>07/01/26 | 0282<br>valid | $ 2,755.72 | $0.00 | $2,755.72 |
| | | | | **Case Total:** | $0.00 | $1,130,654.48 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 26-10644
Case Name: Christine Sherbert
Trustee Name: Robert Seitzer

**Balance on hand:** $ 90,892.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 20S | Karen Mastrocola | 80,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 90,892.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert Seitzer | 7,799.20 | 0.00 | 7,799.20 |
| Trustee, Expenses - Robert Seitzer | 10.10 | 0.00 | 10.10 |

Total to be paid for chapter 7 administrative expenses: $ 7,809.30
Remaining balance: $ 83,083.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 83,083.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 83,083.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,122,845.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | John Rossi | 1,005,045.84 | 0.00 | 74,366.80 |
| 2 | Citibank N.A. | 304.37 | 0.00 | 22.52 |
| 3 | Citibank N.A. | 10,121.07 | 0.00 | 748.89 |
| 4 | Citibank N.A. | 10,143.25 | 0.00 | 750.53 |
| 5 | Citibank N.A. | 383.74 | 0.00 | 28.39 |
| 6 | 1835 MARKET STREET | 0.00 | 0.00 | 0.00 |
| 7 | Klehr Harrison Harvey Branzburg, LLP | 13,231.54 | 0.00 | 979.05 |
| 8 | Capital One, N.A. | 3,330.05 | 0.00 | 246.40 |
| 9 | Benjamin Estepani | 19,966.89 | 0.00 | 1,477.42 |
| 10 | JPMorgan Chase Bank, N.A. | 986.57 | 0.00 | 73.00 |
| 11 | JPMorgan Chase Bank, N.A. | 714.35 | 0.00 | 52.86 |
| 12 | JPMorgan Chase Bank, N.A. | 702.84 | 0.00 | 52.01 |
| 13 | JPMorgan Chase Bank, N.A. | 4,713.14 | 0.00 | 348.74 |
| 14 | Resurgent Receivables, LLC | 4,247.80 | 0.00 | 314.31 |
| 15 | Resurgent Receivables, LLC | 843.76 | 0.00 | 62.43 |
| 16 | Law Offices of Sheryl R. Rentz, PC | 6,226.25 | 0.00 | 460.70 |
| 17 | American Express National Bank | 199.34 | 0.00 | 14.75 |
| 18 | American Express National Bank | 267.74 | 0.00 | 19.81 |
| 19 | American Express National Bank | 8,121.97 | 0.00 | 600.97 |
| 20U | Karen Mastrocola | 30,000.00 | 0.00 | 2,219.80 |
| 21 | Quantum3 Group LLC as agent for | 538.95 | 0.00 | 39.88 |
| 22 | Synchrony Bank | 2,755.72 | 0.00 | 203.91 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 83,083.17 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00