UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Christine Sherbert<br><br>Debtor | <br><br>Chapter 7<br>Bankruptcy No. 26-10644 |

ORDER OF DISTRIBUTION

AND NOW, this _______ day of ______________20___, the Trustee, ROBERT SEITZER, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

______________________________________
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE