IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Christine Sherbert<br><br>Debtor | Chapter 7<br>Bankruptcy No. 26-10644 |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT**

AND NOW, this ______ day of ______________ 20___, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

________________________________
ASHELY M. CHAN
United States Bankruptcy Judge