United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Christine Sherbert, Debtor

Case No. 26-10644-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Nov 02, 2026 | Form ID: pdf901 | Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Sherbert, 431 Fort Washington Avenue, Fort Washington, PA 19034-1543 |
| cr | + | John Rossi, 701 West Valley Forge Road, King of Prussia, PA 19406-1572 |
| cr | + | Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, 14th Floor, Philadelphia, PA 19103-2945 |
| 15127486 | + | 1835 MARKET STREET, Suite 1400, Philadelphia, PA 19103-2945 |
| 15105172 | | Alpha Funding, Attn: Bankruptcy, 218 Broad St, Red Bank, NJ 07701-2002 |
| 15132492 | + | Benjamin Estepani, 1722 E. Passyunk Ave, Philadelphia, PA 19148-1518 |
| 15105180 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15105187 | | Earl Sheeley, 552 Arch St, Royersford, PA 19468-2531 |
| 15105188 | | Entrust Cama FBO Edward Turner IRA, 122 E Butler Ave Ste 100, Ambler, PA 19002-4416 |
| 15105191 | | Glenn Jackson, IRA services in custodian FBO Glen Jacks, Po Box 7080, San Carlos, CA 94070-7080 |
| 15126277 | + | John Rossi, 701 W. Valley Forge Road, King of Prussia, PA 19406-1572 |
| 15105193 | | John Rossi, Attn: Bankruptcy, 701 W Valley Forge Rd, Kng of Prussa, PA 19406-1572 |
| 15109605 | + | John Rossi, c/o William J. Levant, Esquire, Kaplin Stewart Meloff Reiter & Stein, P., 910 Harvest Drive, P.O. Box 3037 Blue Bell, PA 19422-0765 |
| 15105194 | + | Karen Mastrocola, 250 Cedar Place, Wayne, PA 19087-2170 |
| 15157322 | + | Karen Mastrocola, 492 Church Street, King of Prussia PA 19406-2512 |
| 15127487 | + | Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Suite 1400, Attn: Christopher J. Leavell, Philadelphia, PA 19103-2945 |
| 15146666 | + | Law Offices of Sheryl R. Rentz, PC, 615 Old Lancaster Road, Bryn Mawr, PA 19010-3409 |
| 15105196 | + | Mastrocola Trucking, 260 Cedar Pl, Wayne, PA 19087-2170 |
| 15105198 | | Roman Manolachi, 324 Quail Dr N, Phoenixville, PA 19460-1073 |
| 15105205 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 03 2026 00:04:15 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bncmail@w-legal.com | Nov 03 2026 00:55:00 | TD BANK USA N.A., C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602, UNITED STATES |
| 15105866 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 03 2026 00:03:55 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15106138 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 03 2026 00:04:34 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15105171 | | Email/Text: ally@ebn.phinsolutions.com | Nov 03 2026 00:55:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15147223 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2026 00:04:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15105173 | + | Email/PDF: bncnotices@becket-lee.com | Nov 03 2026 00:04:14 | Amex, Correspondence/Bankruptcy, P.O. Box |

| | | | | |
|---|---|---|---|---|
| | | | | 981535, El Paso, TX 79998-1535 |
| 15105174 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 03 2026 00:55:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15105175 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2026 00:04:35 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15128622 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 03 2026 00:03:56 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15105176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2026 00:04:15 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15105177 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 03 2026 00:55:00 | Cb/Cci Pl Cc, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15105178 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 03 2026 00:04:34 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15105179 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2026 00:04:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15126731 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2026 00:04:20 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15105181 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2026 00:55:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15105182 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2026 00:55:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15105184 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2026 00:55:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15105183 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2026 00:55:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15105185 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 03 2026 00:03:55 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15105186 | | Email/Text: mrdiscen@discover.com | Nov 03 2026 00:55:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15105195 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2026 00:04:39 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15105189 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 03 2026 00:55:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15105190 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 03 2026 00:04:34 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15105192 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2026 00:55:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15135883 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 03 2026 00:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15105197 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2026 00:55:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15158407 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2026 00:55:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 2489, Kirkland, WA 98083-2489 |
| 15158294 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2026 00:55:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15143635 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2026 00:03:55 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

| | | | | |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 15105199 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 03 2026 00:55:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15160484 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 03 2026 00:04:34 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15105201 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 03 2026 00:04:34 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15105202 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 03 2026 00:04:15 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15105200 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 03 2026 00:04:14 | Synchrony Bank/hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15105203 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 03 2026 00:03:55 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15105204 | ^ | MEBN | Nov 02 2026 23:20:31 | Systems and Services Technologies, Inc, Attn: Bankruptcy, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 15146091 | | Email/Text: bncmail@w-legal.com | Nov 03 2026 00:55:00 | TD BANK USA N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 15146092 | | Email/Text: bncmail@w-legal.com | Nov 03 2026 00:55:00 | TD BANK USA N.A., c/o Weinstein & Riley, P.S., P.O. Box 93024, Las Vegas, NV 89193-3024 |
| 15105206 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 03 2026 00:03:55 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 15105207 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Nov 03 2026 00:04:15 | Wells Fargo/Dillards, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15147226 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15147230 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15135889 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15135890 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15135891 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor Klehr Harrison Harvey Branzburg LLP cleavell@klehr.com, lclark@klehr.com |
| MICHAEL A. CIBIK | on behalf of Debtor Christine Sherbert help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor John Rossi efile.wjl@kaplaw.com wlevant@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

| | | |
|---|---|---|
| In re: Christine Sherbert | § | Case No. 26-10644 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert Seitzer, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 PM on 12/02/2026 in Courtroom 4, United States Bankruptcy Court Courthouse, 900 Market Street, Philadelphia, PA 19107. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date mailed: 10/31/2026

By: /s/ Robert W. Seitzer
Trustee

Robert Seitzer
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

In re: Christine Sherbert § Case No. 26-10644
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 100,326.32 |
| *and approved disbursements of:* | $ | 9,433.85 |
| *leaving a balance on hand of*[1]*:* | $ | 90,892.47 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 20S | Karen Mastrocola | 80,000.00 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 90,892.47 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert Seitzer | 7,799.20 | 0.00 | 7,799.20 |
| Trustee, Expenses - Robert Seitzer | 10.10 | 0.00 | 10.10 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 7,809.30 |
| Remaining balance: | $ | 83,083.17 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 83,083.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 83,083.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,122,845.18 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | John Rossi | 1,005,045.84 | 0.00 | 74,366.80 |
| 2 | Citibank N.A. | 304.37 | 0.00 | 22.52 |
| 3 | Citibank N.A. | 10,121.07 | 0.00 | 748.89 |
| 4 | Citibank N.A. | 10,143.25 | 0.00 | 750.53 |
| 5 | Citibank N.A. | 383.74 | 0.00 | 28.39 |
| 6 | 1835 MARKET STREET | 0.00 | 0.00 | 0.00 |
| 7 | Klehr Harrison Harvey Branzburg, LLP | 13,231.54 | 0.00 | 979.05 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Capital One, N.A. | 3,330.05 | 0.00 | 246.40 |
| 9 | Benjamin Estepani | 19,966.89 | 0.00 | 1,477.42 |
| 10 | JPMorgan Chase Bank, N.A. | 986.57 | 0.00 | 73.00 |
| 11 | JPMorgan Chase Bank, N.A. | 714.35 | 0.00 | 52.86 |
| 12 | JPMorgan Chase Bank, N.A. | 702.84 | 0.00 | 52.01 |
| 13 | JPMorgan Chase Bank, N.A. | 4,713.14 | 0.00 | 348.74 |
| 14 | Resurgent Receivables, LLC | 4,247.80 | 0.00 | 314.31 |
| 15 | Resurgent Receivables, LLC | 843.76 | 0.00 | 62.43 |
| 16 | Law Offices of Sheryl R. Rentz, PC | 6,226.25 | 0.00 | 460.70 |
| 17 | American Express National Bank | 199.34 | 0.00 | 14.75 |
| 18 | American Express National Bank | 267.74 | 0.00 | 19.81 |
| 19 | American Express National Bank | 8,121.97 | 0.00 | 600.97 |
| 20U | Karen Mastrocola | 30,000.00 | 0.00 | 2,219.80 |
| 21 | Quantum3 Group LLC as agent for | 538.95 | 0.00 | 39.88 |
| 22 | Synchrony Bank | 2,755.72 | 0.00 | 203.91 |

Total to be paid for timely general unsecured claims: $ 83,083.17
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared by: /s/ Robert W. Seitzer
Trustee

Robert Seitzer
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.